United States District Court
Southern District of Texas
**ENTERED**
December 03, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JJBR INVESTMENTS LLC DBA** | § | |
| **AIRPORT FOOD MART,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:19-cv-01793** |
| | § | |
| **AMGUARD INSURANCE COMPANY,** | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Motion to Dismiss with Prejudice (the "Joint Motion") filed by Plaintiff JJBR Investments LLC dba Airport Food Mart ("Plaintiff"), joined by Defendant AMGUARD Insurance Company ("Defendant"), finds that the Joint Motion should be, and hereby is, in all things, **GRANTED**.  It is therefore:

**ORDERED**, **ADJUDGED**, **AND DECREED** that all claims Plaintiff asserted, or could have asserted, against Defendant are hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, **ADJUDGED**, **AND DECREED** that all costs, expenses, and attorney fees are taxed against the party incurring same.

SIGNED this _3rd_ day of _____December_____, 2020.



UNITED STATES DISTRICT JUDGE